**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Leo and Sons Electrical Contractors Inc. | ) | **CASE NO. 07-19078** |
| | ) | **CHAPTER 11** |
| Debtor. | ) | **Judge Doyle** |

**NOTICE SETTING HEARING ON**
**DEBTOR'S MOTION FOR USE OF CASH COLLATERAL**

**TO:  THE TWENTY LARGEST CREDITORS, THE U.S. TRUSTEE AND OTHER PARTIES IN INTEREST**

   A MOTION FOR ENTRY OF INTERIM ORDER APPROVING USE OF CASH COLLATERAL AND TO SET HEARING FOR FINAL AUTHORIZATION TO USE CASH COLLATERAL having been heard pursuant to due notice on November 1, 2007 and the INTERIM ORDER APPROVING USE OF CASH COLLATERAL having been entered pursuant to the preliminary hearing held on November 1, 2007, (attached as Exhibit A) notice is hereby given that a final hearing to consider the Debtor's Motion to Use Cash Collateral and the entry of FINAL ORDER AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL attached hereto as Exhibit "B" shall be held in Courtroom No. 742 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 2l9 South Dearborn, Chicago, Illinois on November 29, 2007 at 10:30 a.m..
.
   The hearing on approval may be continued from time to time by announcement in open court without further written notice.

                              /s/ Michael J. Davis
                              Michael J. Davis
                              Attorney for Debtor

Michael J. Davis (#6197896)
Springer, Brown, Covey Gaertner & Davis
400 S. County Farm Rd., St. 330
Wheaton, IL 60187
Ph.    (630)510-0000

**CERTIFICATION**
   I, state that I served this Notice by sending a copy to the names indicated on the attached service list at their respective address, by depositing the same in the U.S. Mail on November 6, 2007 with proper postage prepaid.

                              /s/ Michael J. Davis

## Service List
## Leo and Sons Electrical Contractors Inc.
### CASE NO. 07-19078

U.S Trustee's Office
227 W. Monroe, St. 3300
Chicago, Ill. 60606

D. Patrick Mullarkey
Tax Division
PO Box 55, Ben Franklin Station
Washington, DE  20044

United States Attorney
219 S. Dearborn St.
Chicago, Ill. 60604

Associate Area Counsel, SB/SE
Internal Revenue Service
200 W. Adams St., Ste. 2300
Chicago, IL 60606

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338

Accounting Associates
425 W. Washington
West Chicago, IL 60185

Daniel and Martha Gurrero
1073 Amber Ct.
West Chicago, IL 60185

GMAC
P.O. 9001948

Case 07-19078 Doc 22 Filed 11/28/07 Entered 11/28/07 12:36:05 Desc Main

Louisville, KY 40290

Land Rover Capital Group
Department 193901
P.O. 55000
Detroit, MI 48255

Sterling Homes
P.O. 2465
Naperville, IL 60567

Villa Park Electric Supply
420 W. North Ave.
Addison, IL 60101