## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **Leo and Sons Electrical Contractors Inc.** ) | | **CASE NO. 07-19078** |
| | ) | **CHAPTER 11** |
| **Debtor.** | ) | **Judge Doyle** |

### ORDER ENTERING FINAL DECREE AND CLOSING CASE

This matter coming to be heard on the status hearing on Debtor's confirmed plan, for the reasons stated from the bench,

IT IS HEREBY ORDERED that pursuant to Local Rule 3022-1 cause exists for entering a final decree closing this case and, therefore, a final decree closing this case is hereby entered; and

IT IS FURTHER ORDERED that the Clerk close this case forthwith.

DATED:                                    ENTERED

_____
United States Bankruptcy Judge

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner & Davis, L.L.C.
400 S. County Farm Rd., Ste. 330
Wheaton, Ill. 60187
**630-510-0000**